# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144083 & (93)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 144083
      COA: 291687
      Genesee CC: 08-022017-FC

CQUAN MICHAEL HINTON,
      Defendant-Appellant.
_____/

On order of the Court, the motion to hold the defendant's application for leave to appeal in abeyance for *People v Vaughn* (Docket No. 142627) is considered, and it is GRANTED. We ORDER that the application for leave to appeal the September 22, 2011 judgment of the Court of Appeals be held in ABEYANCE pending the decision in *Vaughn*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

d0319